No. 93–1894. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1897. BERGER *v.* CITY OF CLEVELAND. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 93–1899. PEREZ ET AL. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 93–1900. HARPER *v.* HARMAN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1902. PUERTO RICO PORT AUTHORITY *v.* BROTHERHOOD OF OFFICE & COMMERCIAL WORKERS ET AL. Super. Ct. P. R. Certiorari denied.

No. 93–1903. ROSS ET AL. *v.* BUCKEYE CELLULOSE CORP. C. A. 11th Cir. Certiorari denied.

No. 93–1908. SENANAYAKE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–1909. RODRIGUEZ ET AL. *v.* SECRETARY OF THE TREASURY OF PUERTO RICO ET AL. Sup. Ct. P. R. Certiorari denied.

No. 93–1910. BREEDLOVE *v.* PHILLIPS ET AL. Sup. Ct. Va. Certiorari denied.

No. 93–1913. SANTOSUOSSO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1914. WILLIAMS ET AL. *v.* BURNHAM BROADCASTING CO., DBA WVUE–TV 8. Ct. App. La., 4th Cir. Certiorari denied.

No. 93–1916. ROSA ET AL. *v.* WARNER ELECTRICAL CONTRACTING ET AL. Sup. Ct. Colo. Certiorari denied.